Certificate Number: 14912-PR-DE-036636808

Bankruptcy Case Number: 20-01835



14912-PR-DE-036636808

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2022, at 1:22 o'clock PM EDT, Aida Claudio completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: June 23, 2022

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor