IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

JAVIER BONET CARRASQUILLO

xx-xx-9196

Debtor(s)

CASE NO. 23-03727-ESL13

Chapter 13

FILED & ENTERED ON APR/15/2026

ORDER

The motion filed by Toyota Credit De Puerto Rico (Docket Entry #82) is hereby granted. The hearing scheduled for April 21, 2026, is set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of April, 2026.

Enrique S. Lamoutte
United States Bankruptcy Judge