UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

JAVIER BONET CARRASQUILLO

Debtor(s)

CASE NO. 23-03727-ESL

CHAPTER 13

TRUSTEE'S MOTION TO DISMISS

**TO THE HONORABLE COURT:**

The debtor has failed to make payments called for in the confirmed plan dated November 13, 2023.

The debtor is in arrears the sum of $600.00.

This is a material default by the debtor with respect to a term of the confirmed plan pursuant to section 1307(c)(6) of the Bankruptcy Code.

Debtor(s) are not member(s) of the U.S. Armed Forces, the Coast Guard, the Public Health Service or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy of which is attached only to the original of this motion and movant's copy.

**WHEREFORE trustee moves that case be dismissed.**

**NOTICE:** Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF RECEIPTS**

I **CERTIFY** my records as of: May 06, 2026

The amount that should have been paid is: $5,857.91

RECEIPTS: $5,257.91

LAST DATE PAYMENT RECEIVED: March 10, 2026

In San Juan, Puerto Rico this, May 08, 2026

/s/ OSMARIE NAVARRO MARTINEZ
OSMARIE NAVARRO MARTINEZ, TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL. 787-977-3500 FAX. 787-977-3521
CAD - OL

I hereby certify that on this date, a true copy of the foregoing document was served upon all persons/entities listed below in the manner and by the method indicated for each on this certificate.

JAVIER BONET CARRASQUILLO

URB TURABO GARDENS
D4 CALLE 4
CAGUAS, PR  00727

ROBERTO FIGUEROA CARRASQUILLO*
rfc@rfigueroalaw.com

Olga Lopez

OFFICE OF THE CHAPTER 13 TRUSTEE